**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ARMANDO PABLO CRISTOBAL,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

No. 5:26-cv-05310-DSR

**JUDGMENT**

Pursuant to the Court's separately filed Order Granting Unopposed Petition for Writ of Habeas Corpus and Ordering Immediate Release,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

DATED: September 29, 2026

Dan Roberts
HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE